UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DAVID O. JACOBSON                                                                                    PLAINTIFF

VERSUS                                                       CIVIL ACTION NO. 1:19CV997-HSO-RPM

CITY OF GULFPORT et al                                                                         DEFENDANTS

**PROPOSED FINDINGS OF FACT AND RECOMMENDTION**

Plaintiff David O. Jacobson, proceeding *pro se* and *in forma pauperis*, filed a complaint against the City of Gulfport, City of Biloxi, Gulfport Police Department, Biloxi Police Department, the State of Mississippi, and various unidentified police officers.  In his complaint, Plaintiff fails to provide a coherent narrative or identify any cognizable claims.  Plaintiff alleges a conspiracy against homeless people, discrimination, and segregation of neighborhoods.  His complaint appears to allege that Mexican nationals working in the construction industry in South Mississippi are participating in a conspiracy and threatening homeland security.  Plaintiff contends these Mexican nationals operate undetected in cells because of sanctuary city practices.  This "faction" is funded by Grant & Brown Construction; however, Plaintiff alleges these "operatives" are not in fact carpenters or construction workers.  Rather, they have close ties to cartels and the Mexican Mafia.

On October 20, 2020, the Court set this matter for an in-person screening hearing to be conducted on November 16, 2020 at 9:00 AM.  The Court mailed a copy of the notice to Plaintiff's address of record: 2640 Canal St., 4th Floor, New Orleans, LA 70119.  The notice was not returned to the Court as "undeliverable"; therefore, Plaintiff presumably received notice of the hearing.  Other orders mailed to Plaintiff on April 2, 2020; June 23, 2020; and August 3, 2020, were mailed to Plaintiff's address of record and were not returned "undeliverable".

Plaintiff has not communicated with the Court in any fashion since he filed his complaint on December 31, 2019.

On November 16, 2020, the Court came to order at 10:00 AM and announced Plaintiff's case. Plaintiff's name was called in the courtroom three times without response. The Courtroom Deputy then went into the hallway to call Plaintiff's name three times as well but received no response. Based on Plaintiff's failure to appear at the hearing, for which he received notice, and his failure to otherwise communicate with the Court regarding this matter, the Court finds Plaintiff no longer demonstrates interest in prosecuting his claims.

## RECOMMENDATION

Based on the foregoing, the undersigned recommends that Plaintiff David O. Jacobson's complaint be dismissed without prejudice for failure to prosecute.

## NOTICE OF RIGHT TO APPEAL/OBJECT

Pursuant to 28 U.S.C. § 636(b)(1), any party who desires to object to this report must serve and file written objections within fourteen (14) days after being served with a copy unless the time period is modified by the District Court. A party filing objections must specifically identify those findings, conclusions and recommendations to which objections are being made; the District Court need not consider frivolous, conclusive or general objections. Such party shall file the objections with the Clerk of the Court and serve the objections on the District Judge and on all other parties. A party's failure to file such objections to the proposed findings, conclusions and recommendation contained in this report shall bar that party from a de novo determination by the District Court. Additionally, a party's failure to file written objections to the proposed findings, conclusions, and recommendation contained in this report within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from

attacking on appeal the proposed factual findings and legal conclusions that have been accepted by the district court and for which there is no written objection. *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

SO ORDERED AND ADJUDGED, this the 16th day of November 2020.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE